LODGED
CLERK, U.S. DISTRICT COURT

JAN 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PLATA<br>PLAINTIFF<br>- VS -<br>U.S. POSTAL SERV. ET AL<br>DEFENDANT(S) | CASE NUMBER  2:CV08-06367   RGK   (VBK)<br><br>JUDGMENT |

On 10/6/2008 , plaintiff was permitted, pursuant to 28 U.S.C. §1915 to file the above-referenced action without prepayment of the full filing fee of **350.00** , but plaintiff was ordered to pay the Clerk of the Court an initial partial filing fee.

By Order to Show Cause dated 12/11/2008, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for the plaintiff's failure to comply with 28 U.S.C. § 1915.

Dated : _____

By : _____
CHIEF UNITED STATES DISTRICT JUDGE

Presented by : 1-14-2009

_____
UNITED STATES MAGISTRATE JUDGE

cc :
District Judge
Magistrate Judge

**Form 2**                                                                                           **JUDGMENT**